McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and HELEN ARENA, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>CHRISTOPHER T. WHITE<br><br>    Respondent. | 2:07-mc-00131-LEW-DAD<br><br>**AMENDED[1] ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE**<br><br>Taxpayer: CHRISTOPHER T. WHITE<br><br>Date: Friday, March 14, 2008<br>Time: 10:00 a.m.<br>Ctrm: Honorable Dale A. Drozd<br>    (Crtrm. #27, 8th Floor) |

    This case came before me on February 1, 2008, on the Order to Show Cause filed December 11, 2007. Yoshinori H. T. Himel, Assistant United States Attorney, appeared for petitioners with petitioning Revenue Officer Helen Arena. Respondent did not appear.

    Petitioners requested a continuance to re-serve process. Accordingly, the hearing is CONTINUED to Friday, March 14, 2008, at 10:00 o'clock a.m. Respondent, CHRISTOPHER T. WHITE, is ORDERED to appear then in my courtroom in the United States Courthouse, 501 I Street, Sacramento, California, to show cause why he should

---

    [1] The proposed order has been amended as shown by strike-out and/or italics.

Page 1

1  not be compelled to obey the Internal Revenue Service summons issued on August 29,
2  2007.
3      A copy of the original Order to Show Cause, the Verified Petition and its Exhibit,
4  and the Points and Authorities shall be re-served by February 21, 2008, as follows:
5      1.  A copy of the Order to Show Cause filed December 11, 2007, the Verified
6  Petition and its Exhibit, and the Points and Authorities, shall be ~~personally~~ served by
7  delivering a copy to the respondent personally or by leaving a copy at the respondent's
8  dwelling house or usual place of abode with some person of suitable age and discretion
9  then residing therein, unless ~~personal~~ *such* service cannot be made despite reasonable
10 efforts.
11     2.  If the assigned federal employee is unable to serve these documents ~~personally~~
12 *as described in paragraph 1* despite making reasonable efforts to do so, other means of
13 service may be used.  See Fed. R. Civ. P. 81(a)(5).  Such means may include verifying the
14 respondent's place of abode or business by postal trace or otherwise, posting the
15 documents on the door of the respondent's place of abode or business, and mailing an
16 additional copy by ordinary or certified mail.  The federal employee shall make a
17 declaration detailing the efforts made within the 21-day period to serve the respondent
18 ~~personally~~ *as described in paragraph 1*, and the other means of service used.
19     3.  Proof of any service done pursuant to paragraph ~~3 or 4~~ *1 or 2*, above, shall be
20 filed with the Clerk as soon as practicable.
21     It is SO ORDERED.
22 DATED: February 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

26 Ddad1\orders.civil\white0131.osc.hrgcont