1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA and
     HELEN ARENA, Revenue Officer,
11   Internal Revenue Service,                         No. MISC S-07-0131 DAD

12                 Petitioners,

13          vs.                                         ORDER

14   CHRISTOPHER T. WHITE,

15                 Respondent.

16   _____/

17          Petitioners brought this action to enforce an IRS summons issued to respondent.

18   At the order-to-show-cause hearing held on March 14, 2008, respondent appeared in propria

19   persona, and the parties entered into a stipulation concerning enforcement of the summons.

20   Petitioners have filed a notice of compliance in which they suggest that the case be closed.

21          Good cause appearing, IT IS ORDERED that:

22          1.  The docket shall reflect that respondent Christopher T. White is proceeding pro

23   se in this consent case and that his address of record is 3308 L Street, Sacramento, CA 95821;

24          2.  In light of respondent's compliance with the tax summons at issue in this

25   enforcement proceeding, petitioners' April 22, 2008 request is granted pursuant to Federal Rule

26   of Civil Procedure 41(a);

3. The Clerk of the Court is directed to close this case; and

4. The copy of this order served on respondent by mail shall be accompanied by copies of the Stipulation and Proposed Order filed March 14, 2008 (Doc. No. 9), and the Stipulation and Order filed April 16, 2008 (Doc. No. 11).

DATED: April 24, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.consent/white0131.ord